UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YEDIDA KHADERA, et al.,

    Plaintiffs,

v.

ABM INDUSTRIES INCORPORATED, et al.,

    Defendants.

Case No. C08-0417MJP

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On March 18, 2009, the Court held a telephonic conference with the parties to discuss several discovery disputes. The Court instructed Defendants' counsel to summarize their progress regarding electronic production and provided a Court Reporter to allow the description to take place on the record. The parties are directed to meet and confer regarding deadlines for outstanding production. The parties are directed to use the expedited process outlined in CR 37 for all future discovery disputes. If the parties cannot agree on a stipulation regarding the deadline for Plaintiffs' motion for class certification, Plaintiffs are free to move for an extension.

DATED this 18th day of March, 2009.

                                            BRUCE RIFKIN, Clerk
                                            By /s/ Mary Duett,
                                            Deputy Clerk