THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YEDIDA KHADERA, KEVIN HUDSON & SAM RICHARDSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, AMERICAN BUILDING MAINTENANCE CO. – WEST, and DOES I through X, inclusive,<br><br>   Defendants. | <u>CLASS ACTION</u><br><br>NO.  C08-0417 MJP<br><br>**[PROPOSED] ORDER REGARDING FEES ORDERED BY COURT (DKT. #135)**<br><br>Noted for consideration: Thursday, May 21, 2009 |

   THIS MATTER comes before the Court upon Plaintiffs' submission in support of fees ordered by the Court.  The Court has considered the submission and the Declaration of Beth E. Terrell in support of Plaintiffs' submission.  Based on the foregoing, the Court finds the fees

[PROPOSED] ORDER REGARDING FEES ORDERED BY COURT (DKT. #135) - 1

CASE NO. C05-01428 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 FREMONT AVENUE N.
SEATTLE, WASHINGTON 98103
TEL. 206.816.6603 • FAX 206.350.3528

Plaintiffs incurred preparing their motion to compel interrogatories and to strike general objections are reasonable. Therefore, it is **ORDERED:**

Within five days of entry of this order, Defendants shall pay to Plaintiffs $4,025.00.

DATED this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TERRELL MARSHALL & DAUDT PLLC

By: /s/ Beth E. Terrell, WSBA # 26759
Beth E. Terrell, WSBA # 26759
bterrell@tmdlegal.com
Toby J. Marshall, WSBA # 32726
tmarshall@tmdlegal.com
Jennifer Rust Murray, WSBA # 36983
jmurray@tmdlegal.com
3600 Fremont Avenue N.
Seattle, Washington 98103
Telephone:  206.816.6603
Facsimile:  206.350.3528

LAW OFFICES OF MALLISON & MARTINEZ
Stan S. Mallison, (Cal. SBN 184191)
Hector R. Martinez (Cal. SBN 206336)
Marco A. Palau (Cal. SBN 242340)
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: 925.283.3842
Facsimile: 925.283.3426

*Attorneys for Plaintiffs*

[PROPOSED] ORDER REGARDING FEES ORDERED BY COURT
(DKT. #135) - 2
CASE NO. C05-01428 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 FREMONT AVENUE N.
SEATTLE, WASHINGTON  98103
TEL. 206.816.6603 • FAX 206.350.3528