UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YEDIDA KHADERA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>        Defendants. | Case No. C08-0417 MJP<br><br>**ORDER REGARDING FEES ORDERED BY COURT (DKT. #135)** |

THIS MATTER comes before the Court upon Plaintiffs' submission in support of fees ordered by the Court. (Dkt. No. 164.) The Court has considered the submission and the Declaration of Beth E. Terrell in support of Plaintiffs' submission. Based on the foregoing, the Court finds the fees Plaintiffs incurred preparing their motion to compel interrogatories and to strike general objections are reasonable. Therefore, it is **ORDERED:**

Within ten (10) days of entry of this order, Defendants shall pay to Plaintiffs $4,025.00.

DATED this 27th day of May, 2009.

                                            Marsha J. Pechman
                                            United States District Judge