THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

YEDIDA KHADERA, et al.,

    Plaintiffs,

v.

ABM INDUSTRIES INCORPORATED, et al.,

    Defendants.

Case No. C08-0417 MJP

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE FOR FILING AMENDED MOTION FOR CLASS CERTIFICATION

THIS MATTER came before the Court on Plaintiffs' Motion for Relief from Deadline for Filing Amended Motion for Class Certification. Prior to ruling, the Court took into consideration the following documents:

1. Plaintiffs' Motion for Relief from Deadline for Filing Amended Motion for Class Certification (Dkt. No. 149); the Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Relief from Deadline for Filing Amended Motion for Class Certification;

2. Defendants' Opposition (Dkt. No. 152) and the Declarations from Shannon E. Phillips, Donald W. Myers, and Warrant G. Kruse submitted in support thereof; and

3. Plaintiffs' Reply (Dkt. No. 156) and Ms. Terrell's additional Declaration attached thereto.

Based on the foregoing, the Court rules as follows:

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE- 1

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Relief from Deadline for Filing Amended Motion for Class Certification is **GRANTED**. The April 3, 2009 deadline for Plaintiffs to submit an amended motion for class certification is **VACATED**. In accordance with the Court's ruling on the parties' CR 37 submission, Defendants must produce certain discovery by July 1, 2009. Plaintiffs' amended motion for class certification shall be due 30 days after the completion of that production, on July 31, 2009. Defendants response shall be due on August 28, 2009. Plaintiff's reply must be submitted no later than September 11, 2009.

The Clerk is directed to transmit a copy of this Order to all counsel of record.

DATED this 27th day of May, 2009.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge