1
2
3
4

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

5
6
7
8
9
10
11
12

YEDIDA KHADERA, KEVIN HUDSON &
SAM RICHARDSON, individually and on
behalf of all others similarly situated,

                Plaintiffs,

    v.

ABM INDUSTRIES INCORPORATED,
AMERICAN BUILDING MAINTENANCE
CO. – WEST, and DOES I through X,
inclusive,

                Defendants.

Case No.  C08-0417 MJP

**ORDER DENYING DEFENDANTS'
MOTION TO APPROVE
PRODUCTION OF REDACTED
ELECTRONIC DOCUMENTS IN TIFF
FORMAT**

13
14
15
16
17
18

      This matter came before the Court on Defendants' Revised Motion to Approve
Production of Redacted Electronic Documents in TIFF Format.  (Dkt. No. 183.)  The Court has
reviewed the Local Rule CR 37 Joint Submission Regarding Defendants' Motion and all
materials submitted in support of and in opposition to the Motion.  Defendants' Motion is
hereby DENIED.

19
20
21
22

      As provided in the Court's previous Order, Defendants must provide the documents in
".NSF" native form.  (See Dkt. No. 168.)  Defendants must complete the disputed production
within three (3) business days of this Order.  The Court directs the Clerk to transmit a copy of
this Order to all counsel of record.

23

      DATED this 13th day of August, 2009.

24
25
26

Marsha J. Pechman
United States District Judge